**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL W. DUDZINSKY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GIGI MATTESON, Warden, et al.,<br><br>　　　　　Respondents. | Case No. EDCV 20-0159-JAK (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge, which recommends that Respondents' amended motion to dismiss be granted and judgment be entered dismissing this action without prejudice. On September 1, 2020, Petitioner filed Objections to the R. & R., in which he mostly simply repeats arguments from his opposition to Respondents' amended motion and his other filings.

　　Petitioner urges the Court to stay and abey his case rather than dismiss it. (See Objs. at 1, 3.) But his state-court direct appeal remains pending, see Cal. App. Cts. Case Info., https://appellatecases.courtinfo.ca.gov/ (search for "Dudzinsky" in Fourth App. Dist. Div. Two) (last visited Sept. 15, 2020), which

he apparently doesn't dispute.  Thus, as the Magistrate Judge correctly found, a stay would be "counterproductive."  (R. & R. at 7.)  And because dismissal here is without prejudice, he will have an opportunity to raise his constitutional claims in federal court in the event he doesn't prevail on them on direct appeal.  In sum, as the Magistrate Judge found (see id. at 4-8), Younger abstention is appropriate.

The Court therefore accepts the findings and recommendations of the Magistrate Judge.  IT IS ORDERED that Respondents' original motion to dismiss is DENIED as moot, their amended motion to dismiss is GRANTED, Petitioner's request for appointment of counsel is DENIED, and judgment be entered dismissing the Petition without prejudice.

DATED: September 24, 2020

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE