JS-6

1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MICHAEL W. DUDZINSKY,          ) Case No. EDCV 20-0159-JAK (JPR)
                                   )
12                 Petitioner,     )
                                   )           **J U D G M E N T**
13            v.                   )
                                   )
14  GIGI MATTESON, Warden, et      )
    al.,                           )
15                                 )
                   Respondents.    )
16  _____

17      Pursuant to the Order Accepting Findings and Recommendations

18  of U.S. Magistrate Judge,

19      IT IS HEREBY ADJUDGED that the Petition is dismissed without

20  prejudice.

21        September 24, 2020

22  DATED:  _____

23                                    JOHN A. KRONSTADT
                                      U.S. DISTRICT JUDGE

24

25

26

27

28